

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00302-CR

Paulo Maximillian **MIJANGOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 543602
Honorable Wayne A. Christian, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 26, 2023.

Liza A. Rodriguez, Justice